UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
401 Liberty Street, LLC. et.al.  )
          Plaintiff,             )
                                 )   Civil Action
     v.                          )   No. 21-30033-MGM
                                 )
Philadelphia Indemnity           )
Insurance Company                )
          Defendant,             )
```

ORDER OF DISMISSAL

January 31, 2022

**MASTROIANNI, U.S.D.J.**

Pursuant to the court's electronic order of December 12, 2021 it is hereby ordered that this case be closed.

It is so ordered.

/s/ Mark G. Mastroianni
U.S. District Court Judge